## Annie Dunne, Appellee, v. Frank Bernardy, Appellant.

### Gen. No. 18,346.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. SAMUEL C. STOUGH, Judge, presiding. Heard in this court at the March term, 1912. Affirmed. Opinion filed December 22, 1913.

### Statement of the Case.

Action by Annie Dunne against Frank Bernardy to recover damages resulting from defendant spitting tobacco juice on plaintiff's face and clothes during an altercation between defendant and plaintiff's husband, in which plaintiff attempted to be peacemaker. From a judgment in favor of plaintiff for one hundred and fifty dollars defendant appeals.

FRANK F. ARING, for appellant.

JOHN D. CASEY and ELMER & COHEN, for appellee.

MR. JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

1. ASSAULT AND BATTERY, § 14*—*sufficiency of the evidence.* In an action against defendant for spitting tobacco juice on the face and clothes of plaintiff, a verdict for plaintiff on conflicting evidence sustained.

2. APPEAL AND ERROR, § 1514*—*when inflammatory remarks of counsel not reversible error.* Inflammatory remark of plaintiff's counsel in his speech to the jury though highly improper and would justify a reversal if it was not manifest that their intemperance worked a disadvantage to the plaintiff rather than to the defendant, *held* not reversible error, it appearing from the amount of *ad damnum* in plaintiff's declaration, five thousand dollars, and the amount of the verdict, one hundred and fifty dollars, that the jury was not influenced to the prejudice of the defendant.

*See *Illinois Notes Digest,* Vols. XI to XV, same topic and section number.